UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DUWAYNE WILLIAM OTTO,                           CIVIL NO. 15-624 (SRN/JSM)

    Petitioner,

v.                                                                              ORDER

HENNEPIN COUNTY and
TOM ROY,

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 19, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. The petition for a writ of habeas corpus of petitioner DuWayne William Otto [Docket No. 1] is DENIED WITHOUT PREJUDICE.

2. This action is DISMISSED.

3. No certificate of appealability will be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 6, 2015

                                                  s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge